IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMEIDIO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WOODFORD ET AL,<br><br>　　　　　Defendant.　　　　　　　／ | No. C 03-02212 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 31, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 3, 2006.

DESIGNATION OF EXPERTS: November 13, 2006; REBUTTAL: November 27, 2006.
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 22, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by January 19, 2007;

　　Opp. Due February 2, 2007; Reply Due February 9, 2007;

　and set for hearing no later than February 23, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 10, 2007 at 3:30 PM.

JURY TRIAL DATE: April 23, 2007 at 8:30 AM.,
　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be three days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By June 9, 2006, counsel shall submit a letter indicating whether or not they wish assignment to Magistrate-Judge Laporte for settlement.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 6/6/06

　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge