IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REMEIDIO,                                    No. C 03-02212 SI

        Plaintiff,                   **PRETRIAL PREPARATION ORDER**

  v.                                       AMENDED

WOODFORD ET AL,

        Defendant.
_____/

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>November 3,2006 </u>at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>November 3, 2006</u>.

DESIGNATION OF EXPERTS: <u>November 13, 2006</u>; REBUTTAL: <u>November 27, 2006</u>.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>December 22, 2006</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>January 19, 2007</u>;

     Opp. Due <u>February 2, 2007</u>;  Reply Due <u>February 9, 2007</u>;

     and set for hearing no later than <u>February 23, 2007</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>April 10, 2007</u> at <u>3:30 AM</u>,

JURY TRIAL DATE: <u>April 23, 2007</u> at <u>8:30 AM.</u>,
      Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>three</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By June 9, 2006, counsel shall submit a letter indicating whether or not they wish assignment to Magistrate-Judge Laporte for settlement.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 6/9/06

                           SUSAN ILLSTON
                           United States District Judge

United States District Court
For the Northern District of California