1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    ROMIRICO REMEIDIO,                        No. C 03-02212 SI

9              Plaintiff,                       **ORDER STAYING PROCEEDINGS**

10      v.

11   J. WOODFORD, et al.,

12             Defendants.
     _____/

13

14        The parties have stipulated to stay this action until after the Supreme Court has completed its

15   review of this action, initiated by defendants' petition for certiorari filed July 31, 2006.  Accordingly,

16   the Court STAYS this action until further order of this Court and VACATES all current dates including

17   the April 27, 1007 trial date.

18        The parties are directed to inform this Court in writing within one week of the Supreme Court's

19   notification to counsel whether it has accepted or denied the petition.  If the Supreme Court denies the

20   petition,  counsel  are  directed  to  contact  the  Courtroom  Deputy  and  schedule  a  Further  Case

21   Management Conference on the next available date.

22

23        **IT IS SO ORDERED.**

24

25   Dated:  August 28, 2006                    _____
                                                SUSAN ILLSTON
26                                              United States District Judge

27

28

United States District Court
For the Northern District of California