Peter Kang, State Bar No. 158101
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
(415) 772-7423
(415) 772-7400 (fax)
pkang@sidley.com

Jennie Kim, State Bar No. 241717
525 University Avenue, Suite 1100
Palo Alto, California 94301
(650) 470-4592
(888) 329-3662 (fax)
jenkim@probonolaw.com

Attorneys for Plaintiff
Romirico Remeidio

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROMIRICO REMEIDIO,<br><br>            Plaintiff,<br><br>v.<br><br>J. WOODFORD, et al.,<br><br>           Defendants. | CASE NO. C 03-2212 SI<br><br>**1) NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF ROMIRICO REMEIDIO**<br><br>**2) [PROPOSED] ORDER**<br><br>[Local Rule 11-5] |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Plaintiff ROMIRICO REMEIDIO ("Plaintiff") hereby moves the Court for an order permitting (i) the withdrawal of Jennie Kim as his counsel of record in this action, and (ii) the substitution of current co-counsel, the law firm of Sidley Austin LLP ("Sidley Austin") (including, but not limited to, attorney Peter Kang), as his sole counsel of record for all purposes in this action.

The business address, telephone and fax numbers of Sidley Austin are:

Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

By their signatures below, Plaintiff, Jennie Kim, and Sidley Austin consent to this withdrawal and substitution.

Dated: September 18, 2006

Respectfully submitted,

ROMIRICO REMEIDIO, an individual

By /s/ Romirico Remeidio
ROMIRICO REMEIDIO

Dated: September 15, 2006

By /s/ Jennie Kim
JENNIE KIM
Attorney for Plaintiff
ROMIRICO REMEIDIO

Dated: September 15, 2006

SIDLEY AUSTIN LLP

By /s/ Peter Kang
PETER KANG
Attorneys for Plaintiff
ROMIRICO REMEIDIO

-2-

NOTICE OF WITHDRAWAL AND SUBSTITUTION
OF COUNSEL FOR PLAINTIFF; [PROPOSED] ORDER

Case No. C 03-2212 SI

# [PROPOSED] ORDER

Pursuant to the above application for withdrawal of Jennie Kim and substitution of Sidley Austin as counsel for Plaintiff in this action,

IT IS HEREBY ORDERED THAT:

1. The application for withdrawal of Jennie Kim as counsel of record for Plaintiff is GRANTED.

2. Attorney Peter Kang, of the law firm Sidley Austin LLP, is hereby substituted as counsel of record for Plaintiff for all purposes.

DATED: _____

_____
Hon. Susan Illston
UNITED STATES DISTRICT COURT JUDGE