1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  JAY C. RUSSELL, State Bar No. 122626
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5717
     Fax: (415) 703-5843
8    Email: Jay.Russell@doj.ca.gov

9  Attorneys for Defendants J. Woodford, I. A. Nienhuis,
   D. Wooten, H. Williams, G. Lemos, D. A. Dacany,
10 and A. Kane

11 PETER H. KANG, ESQ. State Bar No.158101
      SIDLEY AUSTIN LLP
12    555 California Street
      San Francisco, California 94104
13    Telephone: (415) 772-7423
      Fax: (415) 772-7400
14    Email:   pkang@sidley.com

15 Attorneys for Plaintiff Romirico Remeidio

16              IN THE UNITED STATES DISTRICT COURT

17            FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                      SAN FRANCISCO DIVISION

| | |
|---|---|
| **ROMIRICO REMEIDIO,** | Case No. C 03-2212 SI |
| Plaintiff, | **STIPULATION RE: CASE MANAGEMENT AND [PROPOSED] ORDER** |
| v. | |
| **J. WOODFORD, et al.,** | |
| Defendants. | |

The parties, by and through their undersigned counsel of record, stipulate that procedural dates may by scheduled as follows:

FURTHER CASE MANAGEMENT: March 30, 2007 at 2:30 p.m. Counsel must file a

1  joint case management statement seven days in advance of the conference.

2      DISCOVERY PLAN: Per Federal Rules of Civil Procedure and Local Rules, subject to any
3  provisions below.

4      NON-EXPERT DISCOVERY CUTOFF: March 30, 2007.

5      DESIGNATION OF EXPERT WITNESSES: April 23, 2007.  REBUTTAL EXPERT
6  WITNESSES to be designated May 7, 2007.  Parties shall comply with Federal Rule of Civil
7  Procedure 26(a)(2).

8      EXPERT DISCOVERY CUTOFF: June 1, 2007.

9      DISPOSITIVE MOTIONS SHALL be filed on or before June 29, 2007.  Any opposition to
10 a dispositive motion shall be filed and served on or before July 13, 2007.  Any reply to such
11 opposition shall be filed and served on or before July 20, 2007.  Hearing of any dispositive
12 motions shall be set no later than August 3, 2007 at 9:00 a.m.

13     PRETRIAL CONFERENCE DATE: September 18, 2007 at 3:30 p.m.  The pretrial
14 conference shall be attended by trial counsel prepared to discuss all aspects of the case, including
15 settlement.  Parties shall conform to the Pretrial Instructions issued by the Court and attached to
16 previous Pretrial Preparation Orders.

17     JURY TRIAL DATE: October 1, 2007 at 8:30 a.m. in Courtroom 10, 19th Floor.

18     TRIAL LENGTH is estimated to be three days.

19     PLAINTIFF IS ORDERED to serve a copy of this Stipulation and Order on any party
20 subsequently joined in the action.

21     The parties have previously stipulated that this matter may be submitted to Magistrate
22 Judge Laporte for a settlement conference.

28 / / /

Stip. re: Case Mgmt. and [Proposed] Order     *Remeidio, Romirico v. J. S. Woodford, et al.*
C 03-2212 SI

2

| | | |
|---|---|---|
| 1 | DATED: October 26, 2006 | BILL LOCKYER<br>Attorney General of the State of California |
| 2 | | JAMES M. HUMES<br>Chief Assistant Attorney General |
| 3 | | |
| 4 | | FRANCES T. GRUNDER<br>Senior Assistant Attorney General |
| 5 | | JONATHAN L. WOLFF<br>Supervising Deputy Attorney General |

/s/ Jay C. Russell

JAY C. RUSSELL
Deputy Attorney General
Attorneys for Defendants J. Woodford, I. A. Nienhuis, D. Wooten, H. Williams, G. Lemos, D. A. Dacany, and A. Kane

DATED: October 30, 2006        SIDLEY AUSTIN LLP

/s/ Peter H. Kang
_____
Peter H. Kang, Esq.
Attorneys for Plaintiff Romirico Remeidio

Pursuant to the above stipulation, IT IS SO ORDERED.

Dated: _____, 2006

*[signature: Susan Illston]*
_____
HON. SUSAN ILLSTON
United States District Judge

20065703.wpd
SF2003400074

Stip. re: Case Mgmt. and [Proposed] Order          *Remeidio, Romirico v. J. S. Woodford, et al.*
                                                                                              C 03-2212 SI

3