UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROMIRICO REMEIDIO,

        Plaintiffs,

    v.

J.S. WOODFORD, et al.,

        Defendants.
_____/

No. C 03-02212 SI (EDL)

ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated February 6, 2007, Deputy Attorney General Jay C. Russell requested defendants to be excused from personally appearing at the settlement conference scheduled for February 15, 2007. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that defendants be available by telephone from 9:00 a.m. Pacific Standard Time until further notice on February 15, 2007.

If the Court concludes that the absence of the defendants is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party

SO ORDERED.

Dated: February 8, 2007

                                        _____
                                        ELIZABETH D. LAPORTE
                                        United States Magistrate Judge