UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMIRICO REMEIDIO,<br><br>    Plaintiff,<br><br>    v.<br><br>J. WOODFORD, et al.,<br><br>    Defendants.<br>_____/ | No. C 03-02212 SI (EDL)<br><br>NOTICE AND ORDER SETTING<br>FURTHER SETTLEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for **March 1, 2007**, at 9:00 a.m., Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

Plaintiff shall provide a brief summary of research on an issue discussed during the settlement conference held February 15, 2007. Plaintiff may submit the brief via facsimile to chambers at (415) 522-2002 and provide a copy to defendants. If time permits, the parties shall provide a brief letter update to chambers by February 28, 2007.

All other provisions of this Court's original Notice and Settlement Conference Order shall remain in effect.

The parties shall notify Magistrate Judge Laporte's Courtroom Deputy **immediately** at (415) 522-3694 if this case settles prior to the date set for further settlement conference.

Dated: February 15, 2007

*Elizabeth D. Laporte*
_____
ELIZABETH D. LAPORTE
United States Magistrate Judge