Peter H. Kang (SBN 158101) <pkang@sidley.com>
Hae-Won Min Liao (SBN 234105) <hminliao@sidley.com>
Kevin P. Burke (SBN 241972) <kburke@sidley.com>
Duy D. Nguyen (SBN 246271) <ddnguyen@sidley.com>
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California  94104
Telephone:          (415) 772-1200
Facsimile:          (415) 772-7400

Attorneys For Plaintiff
Romirico Remeidio

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
JAY C. RUSSELL (SBN 122626) <jay.russell@doj.ca.gov>
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone:          (415) 703-5717
Facsimile:          (415) 703-5843

Attorneys for Defendants J. Woodford, I. Nienhuis,
D. Wooten, D. Dacanay, and A. Kane

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROMIRICO REMEIDIO, | Case No. C 03-2212 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER STAYING ACTION PENDING EXECUTION OF SETTLEMENT AGREEMENT** |
| vs. | |
| J. WOODFORD, et. al., | |
| Defendants. | |

**JOINT NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER
TO STAY ACTION PENDING EXECUTION OF SETTLEMENT AGREEMENT**

Plaintiff Romirico Remeidio and Defendants J. Woodford, I. Nienhuis, D. Wooten, D. Dacanay, and A. Kane, through their respective counsel of record, stipulate and agree as follows:

WHEREAS, the parties hereby notify the Court that they have agreed to a settlement of the above-captioned action in its entirety and are in the process of finalizing their written settlement agreement;

WHEREAS, at the Settlement Conference before Magistrate Judge LaPorte on March 1, 2007, the parties put the essential terms of the settlement on the record and intend the settlement reached on that day to be a binding settlement agreement;

WHEREAS, the parties intend to prepare and execute a formal settlement agreement and submit a Request For Dismissal to the Court as soon as reasonably possible;

WHEREAS, the non-expert discovery deadline for this action is March 30, 2007;

WHEREAS, in order to allow the parties to devote their efforts to finalizing the settlement agreement in this matter rather than to litigation activities, the parties agree that a stay of the action is warranted;

THEREFORE, it is hereby STIPULATED by and between the parties hereto, by and through their respective counsel of record, as follows:

1. The action be stayed in its entirety after the entry of this Stipulation and [Proposed] Order;

2. All trial and pre-trial deadlines be taken off-calendar accordingly;

3. In the event that the action is not formally settled and dismissed within 120 days after the entry of this Stipulation and [Proposed] Order, the stay shall expire and the parties shall request that the Court schedule a status conference on a date that is mutually convenient to the parties to report the status of finalizing the settlement agreement; and

4. That nothing in this Stipulation and [Proposed] Order shall prohibit either party from seeking relief from the Court at any time to enforce the settlement agreement placed on the record.

AGREED AND UNDERSTOOD:

Dated: March 5, 2007                Respectfully submitted,

                                    SIDLEY AUSTIN LLP


                                    By: /s/Duy D. Nguyen
                                    _____
                                        Peter H. Kang
                                        Hae-Won Min Liao
                                        Kevin Burke

                                        Attorneys for Plaintiff
                                        Romirico Remeidio

Dated: March 5, 2007                STATE OF CALIFORNIA



                                    By: /s/Jay C. Russell
                                    _____
                                        Edmund G. Brown Jr.
                                        David S. Chaney
                                        Frances T. Grunder
                                        Thomas S. Patterson

                                        Attorneys for Defendants
                                        J. Woodford, I. Nienhuis, D. Wooten, D.
                                        Dacanay, and A. Kane


PURSUANT TO STIPULATION, IT IS SO ORDERED.

                                    [signature: Susan Illston]
Dated: _____     _____
                                    UNITED STATES DISTRICT JUDGE

3
**JOINT NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER
TO STAY ACTION PENDING EXECUTION OF SETTLEMENT AGREEMENT**