Peter H. Kang (SBN 158101) <pkang@sidley.com>
Hae-Won Min Liao (SBN 234105) <hminliao@sidley.com>
Kevin P. Burke (SBN 241972) <kburke@sidley.com>
Duy D. Nguyen (SBN 246271) <ddnguyen@sidley.com>
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California  94104
Telephone:       (415) 772-1200
Facsimile:       (415) 772-7400

Attorneys For Plaintiff
Romirico Remeidio

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
JAY C. RUSSELL (SBN 122626) <jay.russell@doj.ca.gov>
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone:       (415) 703-5717
Facsimile:       (415) 703-5843

Attorneys for Defendants J. Woodford, I. Nienhuis,
D. Wooten, D. Dacanay, and A. Kane

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROMIRICO REMEIDIO, | Case No. C 03-2212 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR CLARIFICATION AND EXTENSION OF STAY PENDING EXECUTION OF SETTLEMENT AGREEMENT** |
| vs. | |
| J. WOODFORD, et. al., | |
| Defendants. | |

**STIPULATION AND [PROPOSED] ORDER  FOR CLARIFICATION AND EXTENSION OF STAY
CASE NO. C 03-2212 SI**

1 Plaintiff Romirico Remeidio and Defendants Jeanne Woodford, Ido Nienhuis, Dewey Wooten, Donald Dacanay, and Anthony Kane, through their respective counsel of record, stipulate and agree as follows:

WHEREAS, an order of dismissal was entered by this Court on March 2, 2007, giving the parties ninety (90) days to prepare and execute a formal settlement agreement;

WHEREAS, the parties' stipulation to a stay pending execution of a settlement agreement was entered by this Court on March 7, 2007, giving the parties one hundred twenty (120) days to prepare and execute a formal settlement agreement;

WHEREAS, an essential term of the formal settlement agreement is delivery of a signed dismissal by Plaintiff to Defendants and filing of the dismissal by Defendants only upon satisfaction of certain terms and conditions of the agreement;

WHEREAS, the parties require additional time to agree on the prerequisite terms and conditions for delivery of the signed dismissal, and good cause exists for an extension of the stay of the action for an additional thirty (30) days;

THEREFORE, it is hereby STIPULATED by and between the parties hereto, by and through their respective counsel of record, as follows:

1. The order of dismissal of March 2, 2007 is vacated; and

2. The stay pending execution of a settlement agreement of March 7, 2007 shall be effective and shall be extended an additional thirty (30) days, and shall expire on August 6, 2007.

AGREED AND UNDERSTOOD:

Dated: April 5, 2007                    Respectfully submitted,

                                        SIDLEY AUSTIN LLP


                                        By: /s/ Duy D. Nguyen
                                            Peter H. Kang
                                            Hae-Won Min Liao
                                            Kevin Burke

                                            Attorneys for Plaintiff
                                            Romirico Remeidio

Dated: April 5, 2007                    OFFICE OF THE CALIFORNIA ATTORNEY
                                        GENERAL


                                        By: /s/ Thomas S. Patterson
                                            Edmund G. Brown Jr.
                                            David S. Chaney
                                            Frances T. Grunder
                                            Thomas S. Patterson

                                            Attorneys for Defendants
                                            J. Woodford, I. Nienhuis, D. Wooten, D.
                                            Dacanay, and A. Kane


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/6/07                           _____
                                        SUSAN ILLSTON
                                        United States District Judge