1 EDMUND G. BROWN JR.
Attorney General of the State of California
2 DAVID S. CHANEY
Chief Assistant Attorney General
3 FRANCES T. GRUNDER
Senior Assistant Attorney General
4 THOMAS S. PATTERSON
Supervising Deputy Attorney General
5 JAY C. RUSSELL, State Bar No. 122626
Deputy Attorney General
6  455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
7  Telephone: (415) 703-5717
 Fax: (415) 703-5843
8  Email: Jay.Russell@doj.ca.gov

9 Attorneys for Defendants J.S. Woodford, I. A.
Nienhuis, D. Wooten, D. A. Dacany, and A.P. Kane

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROMIRICO REMEIDIO,**<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**J. WOODFORD, et al.,**<br><br>　　　　　　　　　　　　　Defendants. | Case No. C 03-2212 SI<br><br>**NOTICE OF SETTLEMENT AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

In accordance with Local Rule 40-1, the parties notify the Court that a settlement has been reached and has been fully executed in this matter.

/ / /

/ / /

Not. of Settlement and [Proposed] Order of Dismissal with Prejudice　　*Romirico Remeidio v. J. S. Woodford, et al.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　C 03-2212 SI

1

Further, Plaintiff and Defendants stipulate, through their counsel of record, that this case be dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii). The parties further agree that all parties will bear their own costs and fees.

Date: August 13, 2007          SIDLEY AUSTIN LLP


By:     /s/ Duy Nguyen
        Duy Nguyen
        Attorneys for Plaintiff Romirico Remeidio


Date: August 13, 2007          EDMUND G. BROWN JR.
                               Attorney General of the State of California


By:     /s/ Jay C. Russell
        Jay C. Russell
        Deputy Attorney General
        Attorneys for Defendants J.S. Woodford, I. A. Nienhuis,
        D. Wooten, D. A. Dacany, and A.P. Kane


IT IS SO ORDERED.

Date: _____        _____
                               The Honorable Susan Illston
                               U.S. District Court Judge

20099707.wpd

SF2003400074

Not. of Settlement and [Proposed] Order of Dismissal with Prejudice     *Romirico Remeidio v. J. S. Woodford, et al.*
                                                                                              C 03-2212 SI

2